**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Malcolm Carl YOUNG, Defendant–Appellant.**

**No. 13–6352.**

United States Court of Appeals, Fourth Circuit.

Submitted: May 23, 2013.

Decided: May 31, 2013.

Malcolm Carl Young, Appellant Pro Se. Ryan Lee Souders, Jeb Thomas Terrien, Assistant United States Attorneys, Harrisonburg, Virginia, for Appellee.

Before MOTZ and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Malcolm Carl Young appeals the district court's order denying his motion for sentence reduction under 18 U.S.C. § 3582 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Young,* No. 5:09–cr–00036–GEC–JGW–1 (W.D.Va. Feb. 8, 2013). We dispense with oral ar-

gument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*